THE HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH LOCHRIDGE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TACOMA, DEPARTMENT OF PUBLIC UTILITIES, TACOMA RAIL, a municipal corporation,<br><br>Defendants. | NO. 3:14-cv-05053-RJB<br><br>DEFENDANTS' DISCLOSURE OF PRIMARY EXPERT WITNESS WILLIAM B. SKILLING |

COME NOW the Defendants City of Tacoma, Department of Public Utilities, Tacoma Rail, by and through their undersigned attorneys, and by way of disclosure pursuant to FRCP 26(a)(2)(B), disclose the following primary expert witness:

    William B. Skilling
    William B. Skilling & Company
    3814 East Lee Street
    Seattle, WA 98112
    (206) 622-2626

Mr. Skilling, if called, is expected to testify and provide his opinion that the Plaintiff has vocational options that would provide him with income comparable to his

DEFENDANTS' DISCLOSURE OF PRIMARY
EXPERT WITNESS WILLIAM B. SKILLING   Page 1 of 5
Case No. 3:14-cv-05053-RJB

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

income from Tacoma Rail, that locomotive engineer positions are currently available locally and nationwide; however, the Plaintiff has not conducted a diligent search for comparable employment.  Mr. Skilling is also expected to testify concerning the Plaintiff's alternative career as Journey Level Industrial Painter (the compensation rate of $37.80 per hour), and benefits that occupation can provide.  Mr. Skilling is expected to testify that had the Plaintiff conducted a reasonably diligent search for comparable employment, he would have been successful in less than six months following the termination of his employment at Tacoma Rail.  Mr. Skilling's opinions are contained in his detailed report.  Mr. Skilling's fee is $265 per hour for services and $365 per hour for testimony.

Attached as Exhibit 1 is the report authored by Mr. Skilling that expresses his opinions in this matter, a copy of his curriculum vitae, a list of prior cases in which he has testified, and his fee structure.

DATED this 21 day of November, 2014.

ELIZABETH A. PAULI, City Attorney

By: _____
M. JOSEPH SLOAN, WSBA #13206
Deputy City Attorney
Tacoma Public Utilities
3628 South 35th Street
Tacoma, WA 98409-3192
Joseph.Sloan@cityoftacoma.org

STINSON LEONARD STREET
Tracey Holmes Donesky, #302727
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Attorneys for Defendants

DEFENDANTS' DISCLOSURE OF PRIMARY
EXPERT WITNESS WILLIAM B. SKILLING   Page 2 of 5
Case No. 3:14-cv-05053-RJB

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I electronically filed, through my staff, the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record on file:

| | |
|---|---|
| James K. Vucinovich, WSBA #29199<br>1000 Second Avenue, Suite 1610<br>Seattle, WA 98104<br>Email: jvucinovich@rvflegal.com | Stephen A. Teller, WSBA #23372<br>Sara B. Amies, WSBA #36636<br>1139 34th Avenue, Suite B<br>Seattle, WA 98122<br>Email: steve@stellerlaw.com<br>Email: sara@stellerlaw.com |

DATED this 24 day of November, 2014, in Tacoma, Pierce County, Washington.

_____
M. JOSEPH SLOAN, WSBA#13206

---

DEFENDANTS' DISCLOSURE OF PRIMARY
EXPERT WITNESS WILLIAM B. SKILLING  Page 3 of 5
Case No. 3:14-cv-05053-RJB

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014, I mailed a copy of the attached *Defendants' Disclosure of Primary Expert Witness William B. Skilling*, to the attorneys of record at the following addresses:

| | |
|---|---|
| James K. Vucinovich, WSBA #29199<br>1000 Second Avenue, Suite 1610<br>Seattle, WA 98104 | Stephen A. Teller, WSBA #23372<br>Sara B. Amies, WSBA #36636<br>1139 34th Avenue, Suite B<br>Seattle, WA 98122 |

DATED this 24th day of November, 2014, in Tacoma, Pierce County, Washington.

_Diane M. Kubicek_
Diane M. Kubicek
Paralegal
City of Tacoma

DEFENDANTS' DISCLOSURE OF PRIMARY
EXPERT WITNESS WILLIAM B. SKILLING  Page 4 of 5
Case No. 3:14-cv-05053-RJB

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

**EXHIBIT 1**

DEFENDANTS' DISCLOSURE OF PRIMARY
EXPERT WITNESS WILLIAM B. SKILLING  Page 5 of 5
Case No. 3:14-cv-05053-RJB

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672