Political Contribution Deduction
"Attachment 1"

It is agreed by the parties hereto that "Attachment 1" is a Memorandum of Understanding to the Western Washington Area Agreement for the Professional Painting Industry dated March 1, 2010 – February 28, 2015.

Voluntary Payroll Deduction of Political Contributions – Employers signatory to this Agreement hereby agree to honor authorizations for check-off of political contributions from Employees who are Union Members in the following form, and to forward all contributions and reports on contributions on or before the 20th day of each month for the previous work month to Combined National Fund, P.O. Box 79128, Baltimore, MD 21279-0128.

Authorization Form for Check-off of Political Contributions – I hereby authorize my employer to deduct from my pay the sum of five cents ($0.05) for each hour worked (or from each regular paycheck _____ dollars weekly), as a contribution to the Political Action Together – Political Committee (PAT-PC) of the International Union of Painters and Allied Trades.  I further authorize and direct the Employer to send the "Combined National Fund", on or before the 20th day of each month, the contributions and report on contributions due for the previous work month.  Checks shall be made payable to "Combined National Fund" and mailed monthly together with the applicable remittance report to Combined National Fund, P.O. Box 79128, Baltimore, MD 21279-0128.  This authorization is signed freely and voluntarily and on the understanding the PAT Political Committee is engaged in a joint fundraising effort with the AFL-CIO, will use the money contributed in that effort to make political contributions and expenditures in connection with Federal, State and local elections, and that this voluntary authorization may be revoked at any time by notifying my Employer, PAT Political Committee, and District Council #5 and/or Local Union # _____in writing of a desire to do so.


_____
Employee Signature


Contributions to PAT-PC are not deductible as charitable contributions for Federal income tax purposes.


_____          _____
IUPAT District Council #5                             Employer


opeiu#8/afl-cio

## Referral Check-off Sheet
### "Attachment 2"

As per Article 8.5 of the Western Washington Area Agreement for the Painting Industry, all Employees dispatched by the Union have a First Aid/CPR card, social security card and/or proper ID to comply with I-9 form, tools of the trade, all items on the Refer Check-Off Sheet, documentation of applicable training and any training/certification imposed by State or Federal agencies and the current Collective Bargaining Agreement considered inherent to the trade such as but not limited to lead awareness certifications thereof, and proof of applicable medical tests (i.e., pulmonary, blood lead level, hearing tests and annual physical).

As per Article 8.5.1 of the Western Washington Area Agreement for the Painting Industry, any Employee dispatched without a First Aid/CPR card, accomplishment of training or applicable medical tests, and tools of the trade as required in Articles 8.5, 14.3-1 and 17.13 will either be (a) returned to the Union or (b) the Industry Board will be convened on an as needed basis to make necessary changes to this Agreement.

Name of person being dispatched: _____

PLEASE PRINT

Does he/she have the following:

| | YES | NO | NOTES (Classes scheduled, alternative schools, etc.) |
|---|---|---|---|
| 1. Government Photo ID | ☐ | ☐ | _____ |
| 2. First Aid / CPR | ☐ | ☐ | _____ |
| 3. Social Security Card | ☐ | ☐ | _____ |
| 4. Scaffold User Card | ☐ | ☐ | _____ |
| 5. Lead Awareness Card | ☐ | ☐ | _____ |
| 6. Aerial Lift Card | ☐ | ☐ | _____ |
| 7. Confined Space Card | ☐ | ☐ | _____ |
| 8. Haz-Cert Training | ☐ | ☐ | _____ |
| 9. Tools of the Trade | ☐ | ☐ | _____ |

(Painters: Duster, putty knives, broad knives, a hammer and nail set, 6", 8", 10" adjustable wrenches and an assortment of sizes and shapes of screwdrivers, razor blade holder, roller spinner, assorted pliers and grip.)

| | YES | NO | |
|---|---|---|---|
| 10. Painter's Whites | ☐ | ☐ | _____ |
| 11. Work Boots | ☐ | ☐ | _____ |

Employers shall supply, at no cost to the employee, any tools not covered in Article 14, Paragraph 14.3 of the Collective Bargaining Agreement. Non "hand tools" may be "checked out", to be returned upon termination of employment. All safety equipment shall be supplied by the Employer at no cost to the employee, per State and Federal law.

I acknowledge that I possess, or will possess, the above-mentioned items to gain employment or to remain employed. I understand that by not having those items that the employer may return me to the Union Hall or terminate my employment.

Signed: _____   Date: _____

Dispatched by: _____   Date: _____

opeiu#8/afl-cio

Joseph Lochridge v. City of Tacoma, et al.

Exhibit No. 4:

Western Washington Professional Painters
Schedule "A"

SKILLING EXHIBIT 1 P. 63

# WESTERN WASHINGTON PROFESSIONAL PAINTERS SCHEDULE "A"

Effective July 1, 2013

| Classification | Wage Rate | EMPLOYER CONTRIBUTIONS | | | | | | | EMPLOYEE DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H&W | IUPAT Pension | WW Pension | Training Fund | Painter Progression | WWSPE | LMCI | H&W Tax Def Ded | IUPAT Pension Ded | Dues |
| Journey | $28.15 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| *Painter 4 | $24.51 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Painter 3 | $23.96 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Painter 2 | $21.22 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Painter 1 | $18.48 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Untested | $15.74 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Foreman | Add $1.50 | | | | | | | | | | |
| Industrial | Add $0.50 | | | | | | | | | | |
| ***Prevailing Wage | $26.42 | $6.00 | $1.62 | $2.30 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| **Apprentices** | | | | | | | | | | | |
| **8th Bracket | $22.80 | $6.00 | $1.62 | 5% of Gross | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| **7th Bracket | $21.96 | $6.00 | $1.62 | 5% of Gross | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 6th Bracket | $21.11 | $6.00 | $1.62 | 5% of Gross | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 5th Bracket | $20.27 | $6.00 | $1.62 | 5% of Gross | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 4th Bracket | $19.42 | $6.00 | $1.62 | $0.00 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 3rd Bracket | $18.58 | $6.00 | $1.62 | $0.00 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 2nd Bracket | $17.73 | $6.00 | $1.62 | $0.00 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| 1st Bracket | $16.89 | $6.00 | $1.62 | $0.00 | $0.47 | $0.05 | $0.05 | $0.08 | $1.61 | $0.42 | 3.3% of Gross |
| Pre-Apprentice | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3.3% of Gross |
| Utility Worker | $13.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3.3% of Gross |

*Note: The current Agreement eliminates the P4 rate. However, employees that tested as P4 will remain at previous agreements P4 rate until tested to Journey level.

**Note: 7th and 8th Bracket will only be for Apprentices that enter ther Apprenticeship Program after March 1, 2011.

***These rates shall be used when estimating wage/payroll on Public Works Projects reflecting no inclusion of employee contributions.

# Joseph Lochridge v. City of Tacoma, et al.

## Exhibit No. 5:

## William Skilling Testimony Record

# William B. Skilling & Company

Rehabilitation

Certified Rehabilitation Counselor
Certified Disability Management Specialist
Certified Life Care Planner

William B. Skilling, M.A., C.R.C., C.D.M.S., C.L.C.P.

## Trial and Deposition Testimony Record – 1997 to Present

| Name of Case | Source |
|---|---|
| **1997** | |
| Torralba v. Nguyen | Helsell Fetterman |
| Hildebrand v. Mutual of Enumclaw | Murray Dunham & Murray |
| Gorn v. F/V JAMES "A" | Gelsey Greer and Gunn |
| Henderson v. Chubb Group of Insurance Companies | Cozen O'Connor |
| Fleming v. Farmer's Insurance Company | Helsell Fetterman |
| Barry v. Austin | Janet George, Attorney at Law |
| Gray v. Gray | Helsell Fetterman |
| *Ralston v. Harbor Pacific Bottling Company | Brown Lewis Janhunen & Spencer |
| Davis v. Crowley Marine Services | Crawford & Company |
| Barrett v. Whatcom County Transportation Authority | Whatcom County Transportation Authority |
| Dollarhide v. The Boeing Company | Craig Jessup & Stratton |
| Brandt v. Harris | Helsell Fetterman |
| Blomquist v. Jeid-Wen | Cummins Goodman Fish & Peterson |
| *Collins v. J.C. Penney Company | Davidson Czeisler Kilpatric & Zeno |
| Musgrave v. City of Seattle | City of Seattle |
| Ancell v. The Boeing Company | Perkins Coie |
| Morgan v. Tyson Seafoods | Le Gros Buchanan & Paul |
| Hathaway v. PEMCO Insurance Company | Carney Badley Smith and Spellman |

3814 East Lee Street   •   Seattle, Washington  98112   •   Telephone (206) 622-2626

www.WilliamSkilling.com

Established 1982

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 2 of 18*

| 1998 | |
|---|---|
| Hofstrand v. Eagle Hardware | Richard Martens, Attorney at Law |
| Ladke v. Israelashvill | Freise & Welchman |
| Iverson v. Safeway | Safeway, Inc. |
| Tomecki v. F/V GOLDEN ALASKA | Le Gros Buchanan & Paul |
| Shortridge v. Mutual of Enumclaw | Murray Dunham & Murray |
| *Musci v. Graoch Associates | Allen Hall, Attorney at Law |
| James v. Alumax | Perkins Coie |
| Lutch v. La Fluer | Murray Dunham & Murray |
| Alani v. Sisters of Providence | Charles Broderick, Attorney at Law |
| Lind v. Weston Hotels | Tom Hall, Attorney at Law |
| Giacchettl v. Lake Chelan Community Hospital | Reed McClure |
| Khalil v. Mar Pacifico | Holmes Weddle & Barcott |
| Fleming v. Municipality of Anchorage | Municipality of Anchorage |
| Edwards v. Jeld Wen | Cummins Goodman Fish & Peterson |
| McGregor v. Allstate Insurance Company | Trichak & Redman |
| Berkey v. Shelton | Trichak & Redman |
| Larsson v. Smith | Trichak & Redman |
| Boyer v. Skillingstad Construction Company | Murray Dunham & Murray |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 3 of 18*

| 1999 | |
|---|---|
| Wheeler v. Swedish Medical Center | Heisell Fetterman |
| Minnix v. Darling | Murray Dunham & Murray |
| Hodges v. Alaska Constructors | Mann Johnson Wooster & McLaughlin |
| Cassidy v. F/V NORTH AMERICAN | Le Gros Buchanan & Paul |
| Emery v. Crowley Marine Services | Riddell Williams |
| Coby v. Puget Sound Energy | Perkins Coie |
| Murrell v. Universal Machinery Erectors | Cozen O'Connor |
| Stepp v. Jones Stevedoring Company | Jones Stevedoring Company |
| Hom-Eng v. Starbucks | Perkins Coie |
| Washington v. The Boeing Company | Perkins Coie |
| Montana v. United Airlines | Perkins Coie |
| DeLay v. Jones Stevedoring Company | Jones Stevedoring Company |
| Leach v. Trident Seafoods | Holmes Weddle & Barcott |
| Powell v. Safeway | Slagle Morgan & Ellsworth |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 4 of 18*

| 2000 | |
|---|---|
| Bodda v. Crowley Marine Services | Riddell Williams |
| Zachor v. Albertson's | VavRosky MaCall Olson & Pfeifer |
| Newsome v. M.A. Mortenson Company | Lee Smart Cook Martin & Patterson |
| Lund v. Hinzpeter | Murray Dunham & Murray |
| Johnson v. Pike Street Corporation | Lybeck Murphy |
| Hernandez v. Hernandez | Murray Dunham & Murray |
| Huck v. CNA Insurance Company | Lane Powell Spears & Lubersky |
| Freeman v. Thompson | Murray Dunham & Murray |
| Multhauf v. Didomenico & Klingman | Murray Dunham & Murray |
| McElroy v. Hubbard & Bell | Trichak & Redman |
| Larsson v. Sears Roebuck and Company | Cusack Knowles & Ferguson |
| Shadle v. Wick | Abel Plotkin & Becia |
| Garcia v. Atlantic Richfield Company | Lane Powell Spears & Lubersky |
| Watts v. City of Kennewick | City of Kennewick |
| Quale v. Tramco – B.F. Goodrich Company | Schwabe Williamson & Wyatt |
| Vanmeter v. Universal Avionics Systems Corporation | Perkins Coie |
| DeLay v. Jones Stevedoring Company | Jones Stevedoring Company |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 5 of 18*

| 2001 | |
|---|---|
| Hofelter v. American Seafoods Company | Le Gros Buchanan & Paul |
| Montanye v. Bechtel Equipment Operations | Northcraft & Woods |
| Brucia v. State Farm Insurance Company | George W. McLean, Jr. & Associates |
| Baker v. AIG Insurance Company | Cozen O'Connor |
| Rimkus v. Shumway | Betts Patterson & Mines |
| *Loberg v. Sears, Roebuck and Company | Lori Haskell, Attorney at Law |
| Hodges v. Tritz | Murray Dunham & Murray |
| *Crozier v. Foster Farms | Seidl & Rizzo |
| Decker v. DAI | Merrick Hofstedt & Lindsey |
| McBride v. Hanson | Trichak Redman |
| Strobaugh v. State Farm Insurance Company | Barrett & Warden |
| Hodges v. Tritz | Murray Dunham & Murray |
| Callies v. Ness Crane | Nielsen Law Office |
| Edwards v. Jeld-Wen | Terrall & Terrall |
| Krawczyk v. Dakota Fisheries | Robert F. Kehoe, Attorney at Law |
| Delzer v. Laney | Helsell Fetterman |
| Schwager v. State Farm Insurance Company | George W. McLean, Jr. & Associates |
| Boyce v. The Boeing Company & AIC | Perkins Coie |
| Hulmatcher v. Brigham | Merrick Hofstedt & Lindsey |
| Valiquette v. National Railroad Passenger Association | Lane Powell Spears & Lubersky |
| Willis v. Eberie | Wilson Smith Cochran Dickerson |
| Rogers v. E & L Trucking | Pamela Hinrichs, Attorney at Law |
| Montanye v. Bechtel Equipment Operations | Northcraft & Woods |
| Villegas v. Dunlap Towing Company | Bauer Moynihan & Johnson |
| Valiquette v. National Railroad Passenger Association | Lane Powell Spears & Lubersky |
| Lowry v. United States Fire Insurance Company | Belts Patterson & Mines |
| Williams v. Barry Swanson Trucking | Lane Powell Spears & Lubersky |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 6 of 18*

| 2002 | |
|---|---|
| Hanten v. Nelson Trucking Company | Betts Patterson & Mines |
| Bryl v. Laney | Helsell Fetterman |
| Valiquette v. National Railroad Passenger Association | Lane Powell Spears & Lubersky |
| Tran v. Tran | Trichak Redman |
| Schoenbein v. Greenheck | George W. McLean, Jr. & Associates |
| Perkins v. Lone Star | Lawrence & Versnel |
| Caps v. Crowley Marine Services | Riddell Williams |
| Allen v. Carson & Froneck | George W. McLean, Jr. & Associates |
| Weible v. U.S. Navy Exchange | Metz & Associates |
| Ray v. Vopak, USA, Inc. | Perkins Coie |
| Black v. Sound Heating & Air Conditioning | Dan Ganfield, Attorney at Law |
| Palmer v. GTE, et al. | Barrett & Worden |
| Martin v. State Farm Insurance Company | George W. McLean, Jr. & Associates |
| Phillippides v. Bernard et al. | Thorsrud Cane & Paulich |
| Austin v. Guzman, et al. | Betts Patterson & Mines |
| Plumage v. Gypsum Enterprises, et al. | Betts Patterson & Mines |
| Bundrick v. Stewart, et al. | Williams Kastner & Gibbs |
| Phillippides v. Bernard et al. | Thorsrud Cane & Paulich |
| Benson v. Farmers Insurance Company | Hollenbeck, Lancaster & Miller |
| Campbell v. Joffe | Trichak Redman |
| Shook v. Hunt | Trichak Redman |

| 2003 | |
|---|---|
| Crewse v. Valley General Hospital | Craig Jessup & Stratton |
| Charters-Maclean v. Edmunds | Trichak Redman |
| Kirk v. Polaris Industries | Bowman & Brooke |
| Mehrer v. Goodyear Tire & Rubber Company | Ogden Murphy Wallace |
| Sabbatini v. Port of Seattle | Lawrence & Versnel |
| Camden v. Medalia Healthcare | Soha Lang |
| Ackenhausen v. Elton | Mitchell Lang & Smith |
| Sergi v. Petersen | Helsell Fetterman |
| Miller v. Kirkland Pontiac Buick | Law Offices of Dan'L W. Bridges |
| Shahin v. The Rouse Company | Helsell Fetterman |
| Gauer v. American Commerce Insurance | Mills Meyers Swartling |
| Humes v. Fritz Companies – Deposition | Martens Ragen |
| Hajnal v. Reese | Fallon & McKinley |
| Miller v. Northwest Grounds Maintenance | Gulliford McGaughey & Dunlap |
| Humes v. Fritz Companies – Trial | Martens Ragen |
| Shanahan v. Pugmire & Black | Trichak & Associates |
| Micomonaco v. State of Washington | Attorney General of Washington |

| 2004 | |
|---|---|
| Peña v. Kinnear Park Condominiums | Betts Patterson & Mines |
| *Lally v. Morrison Knudsen Corporation | Karr Tuttle Campbell |
| Welela v. Parker & City of Shoreline | Wilson Smith Cochran Dickerson |
| Renfrow v. Silver Spray Seafoods | Lindsay Hart Neil & Weigler |
| *Parkins v. State of Washington, et al. | Barrett & Worden |
| *Wilson v. Alaska Regional Hospital, et al. | Mundt MacGregor |
| Withey v. Withey | Stella Pitts & Associates |
| Cooper v. Trident Seafoods Corporation | Lane Powell Spears & Lubersky |
| Longcrier v. Reis | Bennett Bigelow & Leedom |
| Park v. Northwest Hospital, et al. | Helsell Fetterman |
| Gladsjo v. Unigard Insurance Company | Dan Ganfield, Attorney at Law |
| Calnan v. Washington Mutual, et al. | Gardner Bond Trabolsi |
| Winders v. Home Depot USA | Reed McClure |
| Duvey v. Shane | Gulliford McGaughey & Dunlap |
| Panger v. Laeder | Law Offices of James P. Richmond |
| Schmitz v. Cantu | George W. McLean, Jr. & Associates |
| Calnan v. Washington Mutual, et al. | Gardner Bond Trabolsi |
| Gunderson v. CUNA Mutual Group | Schwabe Williamson Wyatt |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 9 of 18*

| 2005 | |
|---|---|
| Hayes v. Collinson – Deposition | Cozen O'Connor |
| Bersos v. Franke – Deposition | Gordon Thomas Honeywell |
| McIntyre v. Washington State Patrol – Deposition | Attorney General of Washington |
| Wilbur v. Lutton Trucking – Deposition | Gordon Thomas Honeywell |
| Estate of Robert Thomas v. King County – Trial | Mills Meyers Swartling |
| Diaz v. Equity Office Management – Deposition | Schwabe Williamson Wyatt |
| Gawlowski v. Blue – Trial | Merrick Hofstedt & Lindsey |
| Bernardini v. Transcontinental – Arbitration | Davis Rothwell Mullin Earle & Xochihua |
| Graham v. City of Tacoma – Deposition | City of Tacoma |
| Ramos v. Roy – Deposition | Martens Ragen |
| Schindler v. State Farm Insurance Company | Trichak & Associates |
| Hayes v. Collinson – Trial | Cozen O'Connor |
| Leslie v. Sodexho-Marriott – Trial | Holmes Weddle & Barcott |
| Moua v. Mutual of Enumclaw – Arbitration | Murray Dunham & Murray |
| Morse v. State of Washington – Trial | Attorney General – State of Washington |
| Walker v. CE & C – Trial | Forsberg & Umlauf |
| Clement v. Icicle Seafoods – Trial | Holmes Weddle & Barcott |
| Hamlin v. State Farm – Deposition | George W. McLean, Jr. & Associates |
| Graham v. City of Tacoma – Trial | City of Tacoma |
| Cruz v. Mao/South Center Satellite – Deposition | Barrett & Worden |
| Barojas v. Tremont – Deposition | Le Gros Buchanan & Paul |
| Schultz v. Volvo – Deposition | Schwabe Williamson Wyatt |
| *Wilson v. Alaska Regional Hospital – Trial | Mundt MacGregor |
| Ellison v. Affiliated Health Services – Deposition | Reed McClure |
| Thompson v. Thompson – Trial | Helsell Fetterman |
| Wright v. Harris Transportation – Deposition | Williams Kastner & Gibbs |
| Palekha v. Otto – Deposition | George W. McLean, Jr. & Associates |
| Degel v. City of Seattle – Deposition | City of Seattle |
| Fournier v. City of Seattle – Deposition | City of Seattle |
| Selia v. Salmon Bay Sand and Gravel – Deposition | Law Offices of William D. Garcia |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 10 of 18*

| 2006 | |
|---|---|
| Stuart v. Swinerton – Deposition | Murray Dunham & Murray |
| Taylor v. Baker – Deposition | Reed McClure |
| Guite v. Dancin – Deposition | Jackson & Wallace |
| Kathryn Chromey – UIM Arbitration | Todd & Wakefield |
| Kingsbury vs. Road One/Lincoln Towing – Arbitration | Gierke, Curwen, Metzler & Erie |
| Madsen v. Madsen – Trial | Law Office of Ann M. Johnson |
| Raymond Moore v. King County  – Deposition | King County Prosecuting Attorney |
| Taylor v. Baker – Trial | Reed McClure |
| Braxton-Morris v. State of Washington – Trial | Attorney General of Washington |
| Burchfiel v. The Boeing Company – Trial | Perkins Coie |
| Cate v. Safeco Insurance Company – Deposition | Law Offices of Raymond W. Schutts |
| Raymond Moore v. King County – Trial | King County Prosecuting Attorney |
| Palekha v. Otto – Trial | George W. McLean, Jr. & Associates |
| *Kerry Moore v. King County Fire District   – Trial | Mills Meyers Swartling |
| Jensen & Lingard v. State of Washington – Deposition | Attorney General of Washington |
| Horan v. Horan – Trial | Lasher Holzapfel Sperry & Ebberson |
| Estate of Corbitt v. EAANW, et al. – Deposition | Carney Badley Spellman |
| Watson v. EMI – Deposition | Gardner Bond Trabolsi |
| Estate of Don Allen Corbitt v. EAANW, et al. – Trial | Carney Badley Spellman |
| Ellison v. Affiliated Health Services, et al. – Trial | Helsell Fetterman |
| Chandler v. Corliss – Deposition | Law Offices of Kelley J. Sweeney |

| 2007 | |
|---|---|
| Crosby v. State of Washington – Deposition | Attorney General of Washington |
| Bear v. Ford Motor Company – Deposition | Mills Meyers Swartling |
| Larson v. Jacoby – Deposition | George W. McLean, Jr. & Associates |
| Touray v. Glacier Fish Company – Trial | Nielsen Shields |
| Pearl v. Fred Meyer Stores – Deposition | Schwabe Williamson Wyatt |
| Ip v. Don Westerlund Construction – Deposition | Law Offices of Michael W. Brown |
| Dwyer v. Matson Navigation - Deposition | Forsberg & Umlauf |
| Ferguson v. Mickelson - Deposition | Preg O'Donnell & Gillett |
| Ferguson v. Mickelson - Trial | Preg O'Donnell & Gillett |
| Mabrey v. F/V WIZARD - Deposition | Mikkelborg Law Firm |
| Lott v. The Boeing Company – Deposition | Perkins Coie |
| Sander UIM Arbitration | Wilson Smith Cochran Dickerson |
| Mabrey v. F/V WIZARD – Trial | Mikkelborg Law Firm |
| *Wayner v. PGH Enterprises - Deposition | Northcraft Bigby & Biggs |
| Abdikadir UIM Arbitration | George W. McLean, Jr. & Associates |
| Le v. American Seafoods Company - Deposition | Le Gros Buchanan |
| Vis v. F/V ALASKAN COMMAND - Deposition | Nielsen Shields |
| Lee v. Doolin - Deposition | Lane Powell |
| Tran v. Arctic Fjord Management - Deposition | Le Gros Buchanan & Paul |
| Ayala-Sanchez v. SYSCO Food Services - Deposition | Betts Patterson Mines |
| Barton v. Linvog - Deposition | Murray Dunham & Murray |
| Federici v. U-Haul - Trial | K&L Gates |
| Singh v. Edwards Life Sciences - Deposition | Wheeler Trigg Kennedy LLP |
| Teasdale v. Valley General Hospital - Deposition | Soha Lang |
| Le v. American Seafoods Company - Trial | Le Gros Buchanan & Paul |
| Brazeau v. State of Washington – Trial | Attorney General of Washington |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 12 of 18*

| 2008 | |
|---|---|
| Petersen v. Finazzo, et al. – Trial | Freise & Welchman |
| Brown v. American Energy, et al. – Deposition | Martens + Associates |
| Wender v. Snohomish County, et al. – Deposition | Stafford Frey Cooper |
| Yousefpour Dissolution – Trial | Skellenger Bender |
| Schulze Dissolution – Deposition | Skellenger Bender |
| Broadbent v. Bomber Industries, et al. – Deposition | Squire Sanders & Dempsey |
| Moceri v. Emerald City Pizza, et al. – Deposition | Forsberg & Umlauf |
| Kuzmick v. Goldberg – Deposition | Law Offices of Steven L. Abel |
| Dodge v. King County – Deposition | King County Prosecuting Attorney |
| Anderson v. Akzo Nobel Coatings – Deposition | Corr Cronin Michelson Baumgardner |
| Scott v. Kwak-Goldsmith – Deposition | Gardner Bond Trabolsi |
| Barber v. Jeld-Wen – Trial | Terrall & Terrall |
| LaFontaine v. Massachusetts Casualty – Deposition | Schwabe Williamson & Wyatt |
| Garcia v. F/V GOLDEN ALASKA | Nielsen Shields |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 13 of 18*

| 2009 | |
|---|---|
| Hackett v. Vashon Island Fire & Rescue – Deposition | Stafford Frey Cooper |
| Hackett v. Vashon Island Fire & Rescue – Trial | Stafford Frey Cooper |
| Gardner/Mueller Dissolution – Trial | Carol Bailey & Associates |
| Lovelace-Macon v. The Almark Corporation – Trial | Bolton & Carey |
| French v. Whatcom County - Deposition | Patterson Buchanan Fobes Leitch & Kalzer |
| Hayes v. Olympic Cascade Services – Trial | Holmes Weddle & Barcott |
| French v. Whatcom County - Trial | Patterson Buchanan Fobes Leitch & Kalzer |
| Potteiger v. Cedeno, et al. - Deposition | Forsberg & Umlauf |
| Danesh-Bahreini / Bodaghi Dissolution- Deposition | Skellenger Bender |
| Hindorff v. Scott - Deposition | Carney Badley Spellman |
| Levinson v. Proliance - Deposition | Williams Kastner |
| Tompkins Dissolution – Trial | Davidson Czeisler & Kilpatric |
| Danesh-Bahreini/ Bodaghi Dissolution - Trial | Skellenger Bender |
| Bricker v. Little Rock Fire & Rescue - Deposition | Gierke, Curwen, Dynan & Jones |
| Braswell v. Shoreline Fire Department – Deposition | Gierke, Curwen, Dynan & Jones |
| Maki v. Displaymaker Productions – Deposition | Reed McClure |
| Miller v. Mt. Baker – Deposition | Nielsen Law Office |
| Hindorff v. Scott - Trial | Carney Badley Spellman |
| Wellock v. Macki, et al. – Deposition | Keefe, Bowman & Bruya |
| Knight v. Wal-Mart Stores – Deposition | Lane Powell Spears Lubersky |
| McGhee v. Eagle Marine Services - Deposition | Nielsen Shields |
| Hernandez v. F/T PACIFIC GLACIER - Deposition | Le Gros Buchanan & Paul |

| 2010 | |
|---|---|
| Wright v. City of Gig Harbor – Trial | Patterson Buchanan Fobes Leitch & Kalzer |
| Allen v. Snohomish County – Deposition | Betts Patterson Mines |
| Morehouse-Hidalgo v. Aiken – Trial | George W. McLean, Jr. & Associates |
| Armstrong Dissolution – Mediation | Skellenger Bender |
| Miller v. Mt Baker – Trial | Nielsen Law Office |
| Hamblin v. British Airways – Deposition | Condon & Forsyth |
| Johnson v. Boom City Fireworks – Deposition | Christie Law Group |
| OEU/REU v. Tacoma School District – Deposition | Patterson Buchanan Fobes Leitch & Kalzer |
| Thomas v. United Rentals – Deposition | Michael & Alexander |
| Edshammer v. Lowe's – Deposition | Forsberg & Umlauf |
| Cardwell Dissolution – Trial | Carol Bailey & Associates |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 15 of 18*

| 2011 | |
|---|---|
| Browning v. Gray – Trial | McLean & Associates |
| Mohr Dissolution – Deposition | Skellenger Bender |
| Tomkinson v. Madsen – Trial | McLean & Associates |
| Yin v. Griswold – Trial | Forsberg & Umlauf |
| *Lindel v. City of Mercer Island – Deposition | Blankenship Law Firm |
| Meyer v. City of Seattle – Deposition | City of Seattle |
| Greene-Fuller v. Ecolab – Deposition | Bowman and Brooke |
| Campbell v. Antioch University – Deposition | Forsberg & Umlauf |
| Howell v. All Commodities Transport – Deposition | Law Office of William J. O'Brien |
| Barnett-Campbell v. MetLife – Trial | Reed McClure |
| Brindle v. Tacoma School District – Deposition | Patterson Buchanan Fobes Leitch & Kalzer |
| Leutenegger Dissolution – Trial | Law Offices of C. Scott East |
| Glenn v. Becker – Trial | Williams Kastner |
| Cougher v. OTB/HMS – Deposition | U.K. Steam Ship Assurance Association |
| Ouimette v. United States Bakery – Deposition | Cozen O'Connor |
| Klein v. BNSF Railway – Deposition | Montgomery Scarp |
| Kvernenes v. Democon – Deposition | Ogden Murphy Wallace |
| Williams v. Sampson – Deposition | Law Office of Andrea Holburn Bernarding |
| Knapp-Shover v. Corliss Resources – Deposition | Mills Meyers Swartling |

| 2012 | |
|---|---|
| Miller Dissolution – Trial | Law Office of Jerry Kimball |
| Jeremy Bird v. I-Flow – Deposition | Segal McCambridge Singer & Mahoney |
| Mikels v. NW Commercial Improvements - Deposition | Law Offices of Kelley J. Sweeney |
| Riddell v. Riddell Dissolution – Trial | Olson & Olson |
| Williams v. Sampson – Trial | Murray Dunham and Murray |
| Worrell v. Arnold Artificial Limb – Deposition | Andrews Skinner |
| Bird v. First Transit – Deposition | Betts Patterson Mines |
| Gangle v. Swedish Medical Center – Trial | Williams Kastner |
| Nye Dissolution – Trial | Olson & Olson |
| Haworth v. City of Kent – Trial | Keating Bucklin & McCormack |
| Howell v. All Commodities Transport – Trial | Law Office of William J. O'Brien |
| Matson v. United Parcel Service – Trial | Perkins Coie |
| Forhan v. Altena – Trial | Mannheimer Law Office |
| Worrell v. Arnold Artificial Limb – Depositions (2) | Andrews Skinner |
| Handfelt Dissolution – Deposition | Olson & Olson |

| 2013 | |
|---|---|
| Eastman v. Commercial Interiors – Deposition | Law Offices of Kelley J. Sweeney |
| Tom McCann Dissolution – Trial | Olson & Olson |
| David Glidden v. City of Spokane Valley - Deposition | Evans Craven & Lackie |
| Armintrout Dissolution – Trial | Law Office of Christopher Shank |
| Friedland Dissolution – Trial | Strata Law Group |
| David Zinkand v. Olson – Trial | Murray Dunham & Murray |
| Brian Johnson v. Lahlou - Deposition | Forsberg & Umlauf |
| Kevin Gallagher v. WVMC – Deposition | Bennett Bigelow & Leedom |
| David Glidden v. City of Spokane Valley – Trial | Evans Craven & Lackie |
| Deas v. Comcast - Trial | Wilson Smith Cochran Dickerson |
| Schubert Dissolution – Trial | Olson & Olson |
| Linh Luu v. Wachob – Trial | Fallon & McKinley |
| Manminder Basra v. Tyndall – Deposition | Timothy J. Whitters & Associates |
| McNeill Dissolution – Trial | Kinzel, Allen, Skone & Searing |
| Manminder Basra v. Tyndall – Trial | Timothy J. Whitters & Associates |
| Russell Griffin v. Young – Deposition | Bennett Bigelow & Leedom |
| Noble Dissolution – Trial | Kinzel, Allen, Skone & Searing |
| Barbara Fox v. Sparks-Keeney – Trial | Timothy J. Whitters & Associates |
| *Icicle Seafoods v. Kari Marie Fisheries – Trial | Hawley Troxell Ennis & Hawley |
| Mary Beth Barbour v. Dunn Lumber – Deposition | Michael & Alexander |
| *Kevin North v. Fluke – Deposition | Law Office of David H. Black |

*William B. Skilling – Trial and Deposition Testimony Record 1997 to Present*
*Page 18 of 18*

| 2014 | |
|---|---|
| Michael Walker v. Channel Construction – Deposition | Nicoll Black Feig |
| Thykkuttathil and Wellman v. Keese – Trial | Reed McClure |
| Kanisha DeaWayne v. Soechting – Deposition | Wieck Schwanz |
| Kelly Nitcher v. Valley Radiologists – Trial | Fain Anderson VanDerHoef |
| Verl Lee v. Willis Enterprises – Trial | Brown Lewis Janhunen & Spencer |
| Fellers v. Bankers Insurance Company – Deposition | Murray Dunham & Murray |
| Kathryn Thompson v. City of Union Gap - Deposition | Michael & Alexander |
| Komen Dissolution – Trial | Olson & Olson |
| Grant Boyer v. State of Washington – Trial | Attorney General of Washington |
| Pentin/O'Neill Dissolution – Trial | Wechsler Becker |
| Hagen Springer v. D'Amico - Trial | Richard J. Jensen and Associates |
| Templin/Klavano Dissolution – Deposition | Camden Hall PLLC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |